ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| In Re: | § | |
|---|---|---|
| Marina Del Rey, L.L.C. | § | Case No.:   25−30909−sgj11 |
| | § | Chapter No.:   11 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF U.S. TRUSTEE MOTION

**PLEASE TAKE NOTICE** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

to consider and act upon the following:

> Motion to dismiss case United States Trustees Emergency Motion to Dismiss under 11 U.S.C. § 1112(b) (Young, Elizabeth)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

DATED:  3/25/25                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court